August 15, 2008

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-2069

In Regard to the Matter of:

Bayside State Prison
Litigation

OPINION AND REPORT

OF THE

ERIC SCOTT,

SPECIAL MASTER

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

\* \* \* \*

FRIDAY, AUGUST 15, 2008

\* \* \* \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

Page 2

1

2

3

4          Transcript of proceedings in the above

5   matter taken by Theresa O. Mastroianni, Certified

6   Court Reporter, license number 30X100085700, and

7   Notary Public of the State of New Jersey at the

8   United States District Court House, One Gerry Plaza,

9   Camden, New Jersey, 08102, commencing at 10:05 AM.

10

11

12

13

14

15

16

17

18

19

20            MASTROIANNI & FORMAROLI, INC.

21      Certified Court Reporting & Videoconferencing

22              251 South White Horse Pike

23              Audubon, New Jersey 08106

24                    856-546-1100

25

```
 1
         A P P E A R A N C E S:
 2

 3
             LOUGHRY & LINDSAY, ESQUIRES
 4           BY:  JUSTIN LOUGHRY, ESQUIRE
             330 MARKET STREET
 5           CAMDEN, NEW JERSEY 08102
             856-968-9201
 6           ATTORNEYS FOR THE PLAINTIFFS
 7

 8           ROSELLI & GRIEGEL, PC
             BY:  MARK ROSELLI, ESQUIRE
 9                - and -
             BY:  KENNETH LOZIER, ESQUIRE
10           1337 STATE HIGHWAY 33
             HAMILTON SQUARE, NEW JERSEY  08690
11           609-586-2257
             ATTORNEYS FOR THE DEFENDANTS
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

August 15, 2008

Page 4

1          JUDGE BISSELL:  I am now reopening

2     proceedings in the case of Eric Scott, docket number

3     08-2069.

4               This opinion/report is being issued

5     pursuant to the directives of the Order of Reference

6     to a Special Master and the Special Master's

7     Agreement and the guiding principles of law which

8     underlie this decision to be applied to the facts

9     upon which it is based as set forth in the jury

10    instructions in the Walker and Mejias jury charges to

11    the extent applicable to the allegations of Mr.

12    Scott.

13              As finalized after review under Local

14    Civil Rule 52.1, this transcript will constitute the

15    written report required under paragraph seven of the

16    Order of Reference to a Special Master.

17              Mr. Scott was housed in Trailer Number

18    Four on the morning of August 12, 1997 when the

19    alleged incident to his body occurred.  He testified

20    that he was sleeping in his top bunk, that he was

21    snatched out of his bunk, that his head was hit

22    against the lockers, that he removed his clothes as

23    instructed, that he might have been doing so more

24    slowly than the SOG officers liked and that they

25    began at this point to beat him, hitting him in the

August 15, 2008

Page 5

1  shoulders, the front of his head and knocking him to
2  the ground, kicking him while he was on the ground
3  and so forth.  He said he was beaten for some 15
4  minutes before they stopped, shackled him and took
5  him to the gym.  Another way he characterized it was
6  he was hit about 15 times including kicks.  There was
7  no bleeding that occurred in this matter.
8            Plaintiff then testifies that once in
9  the gym he was put either in or near the cage, I
10 believe in the cage is at least one way he
11 characterized it, and repeatedly hit again with
12 sticks.  This supposedly took place in full view of
13 all persons in the gym which included a number of SOG
14 officers and civilians from time to time.  Frankly,
15 the description of the alleged events in the gym
16 casts doubt upon the credibility of plaintiff's
17 description of incidents in the jail cell as well.
18            When you add to this the fact of the
19 extent of this supposed repeated beating, the Master
20 finds that these descriptions of these events are,
21 indeed, fanciful.  I can understand and have found
22 that there have been occasions where over very short
23 durations beatings and pain have been inflicted and
24 where that has other indicia of credibility including
25 the possibility that the assault might go undetected,

1   there have, in fact in some cases, been findings for

2   the plaintiffs in these cases.  But this description

3   of such repeated, lengthy beatings under

4   circumstances where they could be readily observed by

5   others, certainly others who would act with

6   sufficient responsibility to report or curtail them,

7   is just not credible.

8               The insistence on the date of August 12

9   seems to be a bit misplaced because the report of

10  Ombudsman Turner reflects that Trailer Number Four

11  actually was being searched on August 1st.  And I

12  want to describe that report.

13              He states in his report,

14  contemporaneous document:  The search of Trailer

15  Number Four began at approximately 5:55 PM.  The

16  searches I observed were also done in a professional

17  manner.  There was little or no disarrangement of the

18  inmates' bed areas, inmates returning to bed areas

19  offered little or no concerns.

20              So it does appear from this and also

21  from his testimony that Mr. Turner was on the scene

22  and certainly did not witness anything like the

23  conduct described here.

24              As far as the question of fact and

25  injury is concerned, this plaintiff alleged

1   significant injury to his back.  On the other hand,

2   there were no contemporaneous references to any back

3   injury or problems, and from the evidence presented

4   here, it was no earlier than 2001 and maybe as late

5   as 2004 that he received a back brace.  Yet he still

6   attributes that condition to the events which

7   occurred at Bayside in 1997.

8           Once again, there just is no inherent

9   common sense in that assessment.

10          Finally, and although it's not

11  determinative by any means, I can assess the

12  credibility of the witness by reason of past criminal

13  convictions.  And I note that a number of his past

14  criminal convictions involve crimes of dishonesty.

15  Accordingly, I find that that also impacts his

16  credibility.

17          For all reasons recited above, I

18  determine that Mr. Scott has not established the

19  cause of action which he asserts here.  And I note in

20  closing that, although not every item of evidence has

21  been discussed in this opinion/report, all the

22  evidence presented to the Special Master was reviewed

23  and considered.

24          For the reasons set forth above, I

25  recommend in this report that the district court

1  enter an order and judgment of no cause for action
2  with regard to Eric Scott.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 1:08-cv-02069-RBK-JS   Document 5-1   Filed 09/17/08   Page 9 of 12 PageID: 29

August 15, 2008

Page 9

1            C E R T I F I C A T E

2

3        I, Theresa O. Mastroianni, a Notary Public and

4   Certified Shorthand Reporter of the State of New

5   Jersey, do hereby certify that the foregoing is a

6   true and accurate transcript of the testimony as

7   taken stenographically by and before me at the time,

8   place, and on the date hereinbefore set forth.

9        I DO FURTHER CERTIFY that I am neither a

10  relative nor employee nor attorney nor counsel of any

11  of the parties to this action, and that I am neither

12  a relative nor employee of such attorney or counsel,

13  and that I am not financially interested in the

14  action.

15

16

17

18

19  _Theresa O. Mastroianni_

    Theresa O. Mastroianni, C.S.R.

20  Notary Public, State of New Jersey

    My Commission Expires May 5, 2010

21  Certificate No. XI0857

    Date: August 26, 2008

22

23

24

25

schedules@mfreporting.com        Mastroianni & Formaroli, Inc.        856-546-1100
                                 Professionals Serving Professionals

**A**
accurate 9:6
act 6:5
action 1:2 7:19
   8:1 9:11,14
add 5:18
Agreement 4:7
al 1:8
allegations 4:11
alleged 4:19
   5:15 6:25
appear 6:20
applicable 4:11
applied 4:8
approximately
   6:15
areas 6:18,18
assault 5:25
asserts 7:19
assess 7:11
assessment 7:9
attorney 9:10,12
ATTORNEYS
   3:6,11
attributes 7:6
Audubon 2:23
August 1:13
   4:18 6:8,11
   9:21

**B**
back 7:1,2,5
based 4:9
Bayside 1:4 7:7
beat 4:25
beaten 5:3
beating 5:19
beatings 5:23
   6:3
bed 6:18,18
began 4:25 6:15
believe 5:10
BISSELL 1:19
   4:1
bit 6:9
bleeding 5:7

body 4:19
brace 7:5
bunk 4:20,21

**C**
C 3:1 9:1,1
cage 5:9,10
Camden 2:9 3:5
case 4:2
cases 6:1,2
casts 5:16
cause 7:19 8:1
cell 5:17
certainly 6:5,22
Certificate 9:21
Certified 2:5,21
   9:4
certify 9:5,9
characterized
   5:5,11
charges 4:10
circumstances
   6:4
Civil 1:2 4:14
civilians 5:14
closing 7:20
clothes 4:22
commencing 2:9
Commission
   9:20
common 7:9
concerned 6:25
concerns 6:19
condition 7:6
conduct 6:23
considered 7:23
constitute 4:14
contemporane...
   6:14 7:2
convictions 7:13
   7:14
counsel 9:10,12
court 1:1 2:6,8
   2:21 7:25
credibility 5:16
   5:24 7:12,16

credible 6:7
crimes 7:14
criminal 7:12,14
curtail 6:6
C.S.R 9:19

**D**
date 6:8 9:8,21
decision 4:8
Defendants 1:9
   3:11
describe 6:12
described 6:23
description 5:15
   5:17 6:2
descriptions
   5:20
determinative
   7:11
determine 7:18
directives 4:5
disarrangement
   6:17
discussed 7:21
dishonesty 7:14
district 1:1,1 2:8
   7:25
docket 4:2
document 6:14
doing 4:23
doubt 5:16
durations 5:23

**E**
E 3:1,1 9:1,1
earlier 7:4
either 5:9
employee 9:10
   9:12
enter 8:1
Eric 1:6 4:2 8:2
ESQUIRE 3:4,8
   3:9
ESQUIRES 3:3
established 7:18
et 1:8

events 5:15,20
   7:6
evidence 7:3,20
   7:22
Expires 9:20
extent 4:11 5:19

**F**
F 9:1
fact 5:18 6:1,24
facts 4:8
fanciful 5:21
far 6:24
FAUVER 1:8
finalized 4:13
Finally 7:10
financially 9:13
find 7:15
findings 6:1
finds 5:20
foregoing 9:5
FORMAROLI
   2:20
forth 4:9 5:3
   7:24 9:8
found 5:21
Four 4:18 6:10
   6:15
Frankly 5:14
FRIDAY 1:13
front 5:1
full 5:12
FURTHER 9:9

**G**
Gerry 2:8
go 5:25
GRIEGEL 3:8
ground 5:2,2
guiding 4:7
gym 5:5,9,13,15

**H**
H 1:8
HAMILTON
   3:10

hand 7:1
head 4:21 5:1
hereinbefore 9:8
HIGHWAY
   3:10
hit 4:21 5:6,11
hitting 4:25
HONORABLE
   1:19
Horse 2:22
House 2:8
housed 4:17

**I**
impacts 7:15
incident 4:19
incidents 5:17
included 5:13
including 5:6,24
indicia 5:24
inflicted 5:23
inherent 7:8
injury 6:25 7:1,3
inmates 6:18,18
insistence 6:8
instructed 4:23
instructions
   4:10
interested 9:13
involve 7:14
issued 4:4
item 7:20

**J**
jail 5:17
Jersey 1:1 2:7,9
   2:23 3:5,10 9:5
   9:20
JOHN 1:19
JUDGE 4:1
judgment 8:1
jury 4:9,10
JUSTIN 3:4

**K**
KENNETH 3:9

kicking 5:2
kicks 5:6
knocking 5:1

**L**
late 7:4
law 4:7
lengthy 6:3
license 2:6
liked 4:24
LINDSAY 3:3
Litigation 1:5
little 6:17,19
Local 4:13
lockers 4:22
LOUGHRY 3:3
    3:4
LOZIER 3:9

**M**
manner 6:17
MARK 3:8
MARKET 3:4
Master 1:6,19
    4:6,16 5:19
    7:22
Master's 4:6
Mastroianni 2:5
    2:20 9:3,19
matter 1:3 2:5
    5:7
means 7:11
Mejias 4:10
minutes 5:4
misplaced 6:9
morning 4:18

**N**
N 3:1
near 5:9
neither 9:9,11
New 1:1 2:7,9,23
    3:5,10 9:4,20
Notary 2:7 9:3
    9:20
note 7:13,19

number 2:6 4:2
    4:17 5:13 6:10
    6:15 7:13

**O**
O 2:5 9:3,19
observed 6:4,16
occasions 5:22
occurred 4:19
    5:7 7:7
offered 6:19
officers 4:24
    5:14
Ombudsman
    6:10
once 5:8 7:8
OPINION 1:5
opinion/report
    4:4 7:21
order 4:5,16 8:1

**P**
P 3:1,1
pain 5:23
paragraph 4:15
parties 9:11
PC 3:8
persons 5:13
Pike 2:22
place 5:12 9:8
plaintiff 5:8 6:25
plaintiffs 3:6 6:2
plaintiff's 5:16
Plaza 2:8
PM 6:15
point 4:25
possibility 5:25
presented 7:3,22
principles 4:7
Prison 1:4
problems 7:3
proceedings 2:4
    4:2
professional
    6:16
Public 2:7 9:3,20

pursuant 4:5
put 5:9

**Q**
question 6:24

**R**
R 3:1 9:1
readily 6:4
reason 7:12
reasons 7:17,24
received 7:5
recited 7:17
recommend
    7:25
Reference 4:5
    4:16
references 7:2
reflects 6:10
regard 1:3 8:2
relative 9:10,12
removed 4:22
reopening 4:1
repeated 5:19
    6:3
repeatedly 5:11
report 1:5 4:15
    6:6,9,12,13
    7:25
Reporter 2:6 9:4
Reporting 2:21
required 4:15
responsibility
    6:6
returning 6:18
review 4:13
reviewed 7:22
ROSELLI 3:8,8
Rule 4:14

**S**
S 3:1
scene 6:21
Scott 1:6 4:2,12
    4:17 7:18 8:2
search 6:14

searched 6:11
searches 6:16
sense 7:9
set 4:9 7:24 9:8
seven 4:15
shackled 5:4
short 5:22
Shorthand 9:4
shoulders 5:1
significant 7:1
sleeping 4:20
slowly 4:24
snatched 4:21
SOG 4:24 5:13
South 2:22
Special 1:6,19
    4:6,6,16 7:22
SQUARE 3:10
State 1:4 2:7
    3:10 9:4,20
states 1:1 2:8
    6:13
stenographica...
    9:7
sticks 5:12
stopped 5:4
STREET 3:4
sufficient 6:6
supposed 5:19
supposedly 5:12

**T**
T 9:1,1
taken 2:5 9:7
testified 4:19
testifies 5:8
testimony 6:21
    9:6
Theresa 2:5 9:3
    9:19
time 5:14,14 9:7
times 5:6
top 4:20
Trailer 4:17
    6:10,14
transcript 2:4

4:14 9:6
true 9:6
Turner 6:10,21

**U**
underlie 4:8
understand 5:21
undetected 5:25
United 1:1 2:8

**V**
Videoconfere...
    2:21
view 5:12
vs 1:7

**W**
W 1:19
Walker 4:10
want 6:12
way 5:5,10
White 2:22
WILLIAM 1:8
witness 6:22
    7:12
written 4:15

**X**
XIO857 9:21

**0**
08-2069 1:2 4:3
08102 2:9 3:5
08106 2:23
08690 3:10

**1**
1st 6:11
10:05 2:9
12 4:18 6:8
1337 3:10
15 1:13 5:3,6
1997 4:18 7:7

**2**
2001 7:4
2004 7:5

**2008** 1:13 9:21
**2010** 9:20
**251** 2:22
**26** 9:21

### 3

**30X100085700**
  2:6
**33** 3:10
**330** 3:4

### 5

**5** 9:20
**5:55** 6:15
**52.1** 4:14

### 6

**609-586-2257**
  3:11

### 8

**856-546-1100**
  2:24
**856-968-9201**
  3:5